AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>ERIC EOIN MARQUES<br><br>*Defendant(s)* | Case No.<br>13-1789 JKS |

FILED / LOGGED
MAR 25 2019
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

FILED ___ ENTERED
LODGED ___ RECEIVED
AUG 0 8 2013
AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## AMENDED CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  July 24, 2008 through July 29, 2013  in the county of  Prince George's  in the
 Southern  District of  Maryland , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251(d)(1), (e) | Conspiracy to Advertise Child Pornography |
| 18 U.S.C. §§ 2252A(a)(2), (b)(1) | Conspiracy to Distribute Child Pornography |
| 18 U.S.C. §§ 2, 2251(d)(1) | Advertising Child Pornography |
| 18 U.S.C. §§ 2, 2252A(a)(2) | Distribution of Child Pornography |

I hereby attest and certify on 8/8/13 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
By _____ Deputy

This criminal complaint is based on these facts:
See attached affidavit.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

SA Shanna G. Daniels, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  08/08/2013  4:00 p.—

_____
*Judge's signature*

City and state:  Greenbelt, Maryland        William Connelly, United States Magistrate Judge
*Printed name and title*