# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**

\*

v.            Case No.   JKS 13-mj-01789-1

\*

**Eric Eoin Marques**

\*

\* \* \* \* \* \*

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above named Defendant having been found to be indigent and entitled to appointment of counsel under the Criminal Justice Act, and the government having proffered that they know of no conflict precluding appointment of the Public Defender,

IT IS ORDERED this __25th__ day of __March__, __2019__, that the Federal Public Defender for the District of Maryland is appointed to represent the above named Defendant.

_____
Timothy J. Sullivan
United States Magistrate Judge