**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

MAR 2 5 2019

AT Greenbelt
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**

\*

**vs.**                                   Case No.   **JKS 13-mj-01789-1**

\*

**Eric Eoin Marques**

\*

\*\*\*\*\*\*

**ORDER OF TEMPORARY DETENTION PENDING HEARING**
**PURSUANT TO BAIL REFORM ACT**

Upon motion of the United States for Temporary Detention, it is ORDERED that a detention hearing is set for __March 27, 2019__ *(date)* at __11:30 am__ *(time)* before __Timothy J. Sullivan__, United States Magistrate Judge, 6500 Cherrywood Lane, Greenbelt, Maryland 20770 Courtroom ____TBD____.

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____) (Other Custodial Official) and produced for the hearing.

__March 25, 2019__                    *MMSMMMM*
Date                                  Timothy J. Sullivan
                                      United States Magistrate Judge