**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. JKS-13-1789** |
| | * | |
| **ERIC EOIN MARQUES,** | * | |
| | * | |
| Defendant | * | |
| | * | |
| ****** | | |

## NOTICE OF ATTORNEY APPEARANCE

Madam Clerk:

    Please enter the appearance of Thomas M. Sullivan as counsel for the government for all purposes in the above-captioned case.

                                    Respectfully submitted,

                                    Robert K. Hur
                                  United States Attorney

             By:             /s/
                                  Thomas M. Sullivan
                                  Assistant United States Attorney