AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Maryland

UNITED STATES OF AMERICA )
*Plaintiff* )
v. ) Case No. 8:13-mj-01789-TJS
ERIC EOIN MARQUES )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America. .

Date: 03/27/2019

s/Keith A. Becker
*Attorney's signature*

Keith A. Becker NY 4287967
*Printed name and bar number*

U.S. Department of Justice, Criminal Division
Child Exploitation and Obscenity Section
1400 New York Ave. NW, Suite 600
Washington, DC 20530
*Address*

Keith.Becker@usdoj.gov
*E-mail address*

(202) 305-4104
*Telephone number*

(202) 514-1793
*FAX number*

Print Save As... Reset