AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Maryland ☑

| | |
|---|---|
| United States of America )<br>v.<br>ERIC EOIN MARQUES )<br> )<br>_____ )<br>*Defendant* ) | Case No. 13-1789-JKS |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 4/1/19

*Defendant's signature*

*Signature of defendant's attorney*

Brendan A. Hurson, Fed. Bar # 28179
*Printed name and bar number of defendant's attorney*
100 South Charles St.
Tower II, 9th Floor
Baltimore, MD 21201

*Address of defendant's attorney*

brendan_hurson@fd.org
*E-mail address of defendant's attorney*

410-962-3962
*Telephone number of defendant's attorney*

410-962-0872
*FAX number of defendant's attorney*