===================================================================

# *UNITED STATES DISTRICT COURT*
## --------------- DISTRICT OF MARYLAND ---------------

APPEARANCE

UNITED STATES OF AMERICA

v.   CASE NUMBER: 13-1789-JKS

ERIC EOIN MARQUES

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for James Dorsey.  I certify that I am admitted to practice in this court.

Date: April 1, 2019

/s/
BRENDAN HURSON, #28179
Assistant Federal Public Defender
100 South Charles Street
Tower II - 9TH Floor
Baltimore, Maryland 21201
Phone: (410) 962-3962
Fax: (410) 962-0872
Email: brendan_hurson@fd.org