IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

United States　　　　　　　　　　*

Plaintiff,

　　　　　　　　　　　　　　　　*

v.　　　　　　　　　　　　　　　　Case No. 13-1789(TJS)

　　　　　　　　　　　　　　　　*

Eric Eoin Marques

Defendant.　　　　　　　　　　*

**REQUEST FOR ENTRY OF APPEARANCE**
**ON BEHALF OF A FEDERAL GOVERNMENT AGENCY**

Please enter my appearance in this case on behalf of the United States.

I have been admitted to practice law in the following jurisdictions (states or the District of Columbia):

| State Court | Date of Admission |
|---|---|
| New York | September 2000 |
| New Jersey | February 1997 |
|  |  |

I am an active member in good standing of the bars of each of the jurisdictions listed above.

I understand that this entry of appearance is for this case only and does not constitute formal admission to the bar of this Court.

I understand that I must register to use the electronic filing system and will be issued a login and password for use in this case only.

I understand that I must immediately notify this Court of any change in my address, phone number, and email address and that if I fail to do so, my appearance in this case will be terminated.

| | |
|---|---|
| **3/28/2019** | *[signature]* |
| Date | Signature |
| | **Ralph Paradiso** |
| | Printed name and bar number |
| | U.S.DOJ Child Exploitation and Obscenity Section 1400 New York Avenue, Suite 600 Washington D.C., 20530 |
| | Address |
| | **ralph.paradiso@usdoj.gov** |
| | Email address |
| | **202.514.5780** |
| | Telephone number |
| | **202.514.1793** |
| | Fax number |

If you are <u>not</u> a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance.**