# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CASE NO. TJS-13-1789** |
| | * | |
| **ERIC EOIN MARQUES,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| | ******* | |

## NOTICE OF ATTORNEY APPEARANCE

MADAM CLERK:

    Please enter the appearance of Kristi N. O'Malley as counsel for the government for all purposes in the above-captioned case.

                          Respectfully submitted,

                           Robert K. Hur
                           United States Attorney


               By: _____/s/_____
                           Kristi N. O'Malley
                           Assistant United States Attorney