KNO/TMS: USAO 2013R00552

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 APR 17 PM 4:08

CLERK'S OFFICE
AT GREENBELT

BY_____DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | CRIMINAL NO. TDC 19cr 200 |
| **v.** | * | |
| | * | **(Conspiracy to Advertise Child** |
| **ERIC EOIN MARQUES,** | * | **Pornography, 18 U.S.C. § 2251(d)(1)(A)** |
| | * | **and (e); Conspiracy to Distribute** |
| **Defendant** | * | **Child Pornography, 18 U.S.C.** |
| | * | **§ 2252A(a)(2) and (b)(1); Advertising** |
| | * | **Child Pornography, 18 U.S.C.** |
| | * | **§ 2251(d)(1)(A) and (e); Distribution** |
| | * | **of Child Pornography, 18 U.S.C.** |
| | * | **§ 2252A(a)(2) and (b)(1); Aiding and** |
| | * | **Abetting, 18 U.S.C. § 2; Forfeiture,** |
| | * | **18 U.S.C. § 2253)** |
| | * | |

*******

### INDICTMENT

### COUNT ONE
### (Conspiracy to Advertise Child Pornography)

The Grand Jury for the District of Maryland charges that:

Between on or about July 24, 2008 and on or about July 29, 2013, in the District of

Maryland and elsewhere, the defendant,

### ERIC EOIN MARQUES,

did knowingly combine, conspire, confederate, and agree with other persons, known and

unknown to the Grand Jury, to make, print, and publish, and cause to be made, printed, and

published, any notice and advertisement seeking and offering to receive, exchange, buy,

produce, display, distribute, and reproduce, any visual depiction, the production of which

visual depiction involved the use of a minor engaging in sexually explicit conduct and such

visual depiction was of such conduct, knowing and having reason to know that such notice and

advertisement would be transported in interstate and foreign commerce by any means, including by computer, and such notice and advertisement was transported in interstate and foreign commerce by any means, including by computer.

18 U.S.C. § 2251(d)(1)(A) and (e) (2006)

## COUNT TWO
### (Conspiracy to Distribute Child Pornography)

The Grand Jury for the District of Maryland further charges that:

Between on or about July 24, 2008 and on or about July 29, 2013, in the District of

Maryland and elsewhere, the defendant,

## ERIC EOIN MARQUES,

did knowingly combine, conspire, confederate, and agree with other persons, known and

unknown to the Grand Jury, to distribute any child pornography and any material that contained

child pornography, as defined in 18 U.S.C. § 2256(8), that had been mailed, shipped and

transported in interstate and foreign commerce by any means, including by computer.


18 U.S.C. § 2252A(a)(2) and (b)(1) (2006)

## COUNT THREE
### (Advertising Child Pornography)

The Grand Jury for the District of Maryland further charges that:

Between on or about July 24, 2008 and on or about July 29, 2013, in the District of

Maryland and elsewhere, the defendant,

### ERIC EOIN MARQUES,

did knowingly make, print, and publish, and cause to be made, printed, and published, any

notice and advertisement seeking and offering to receive, exchange, buy, produce, display,

distribute, and reproduce, any visual depiction, the production of which visual depiction

involved the use of a minor engaging in sexually explicit conduct and such visual depiction

was of such conduct, knowing and having reason to know that such notice and

advertisement would be transported in interstate and foreign commerce by any means,

including by computer, and such notice and advertisement was transported in interstate and

foreign commerce by any means, including by computer.


18 U.S.C. § 2251(d)(1)(A) and (e) (2006)
18 U.S.C. § 2

4

## COUNT FOUR
### (Distribution of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

Between on or about July 24, 2008 and on or about July 29, 2013, in the District of

Maryland and elsewhere, the defendant,

## ERIC EOIN MARQUES,

did knowingly distribute any child pornography and any material that contained child

pornography, as defined in 18 U.S.C. § 2256(8), that had been mailed, shipped and transported in

interstate and foreign commerce, by any means, including by computer.


18 U.S.C. § 2252A(a)(2) and (b)(1) (2006)
18 U.S.C. § 2

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.     Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 2253 and 21 U.S.C. § 853 as a result of the Defendant's convictions under Count One through Count Four of this Indictment.

### Child Pornography Forfeiture

2.     Pursuant to 18 U.S.C. § 2253, upon conviction of the offenses set forth in Count One through Count Four of this Indictment, in violation of 18 U.S.C. §§ 2251 and 2252A, the defendant,

## ERIC EOIN MARQUES,

shall forfeit to the United States of America:

a.     Any visual depiction described in 18 U.S.C. §§ 2251 and 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110;

b.     Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense;

c.     Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

### Substitute Assets

3.     If, as a result of any act or omission of the defendant, any of the property described above:

6

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided

without difficulty,

the United States of America, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C.

§ 2253(b), shall be entitled to forfeiture of substitute property.


18 U.S.C. § 2253
21 U.S.C. § 853(p)

Robert K. Hur
United States Attorney


A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

Date: April 17, 2019


7