UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERIC EOIN MARQUES<br><br>Defendant. | Criminal Action No. TDC-19-0200 |

## SCHEDULING ORDER

This scheduling order establishes a motions deadline, sets a date for an Initial Status Conference, and details pretrial procedures.

Any inquiries concerning the schedule should be directed to Chambers, not to the Clerk's Office. Any party who believes that any deadline or requirement set forth in this Scheduling Order should be modified for this case may submit to the Court a written request for a modification of the Order by the motions deadline stated below. Such requests will be addressed at the Initial Status Conference.

### I.   COMPLIANCE WITH LOCAL RULES AND CM/ECF PROCEDURES

The Court requires compliance with all Local Rules, *available at* www.mdd.uscourts.gov/publications/forms/LocalRules.pdf.

Parties are required to file electronically through the Court's Case Management/Electronic Case Filing (CM/ECF) system. Elec. Case Filing Policies and Procedures Manual (D. Md. Dec. 2016), http://www.mdd.uscourts.gov/sites/mdd/files/CMECF ProceduresManual.pdf. Parties must use the electronic filing system to file documents with the Clerk and to send case-related correspondence to Chambers. When a party electronically files a document that, including attachments, is 15 pages or longer, the party must also provide paper copies of the document and the notice of electronic filing. *Id.* § III(D). The paper copies should be sent to the Clerk's Office.

### II.   MOTIONS

All pretrial motions, except for motions *in limine*, must be filed by **5/30/2019**. Any motion must be asserted for the purpose of seeking resolution of an issue that the moving party in good faith believes (1) needs to be resolved prior to trial; and (2) reasonably could be resolved in the moving party's favor. "Placeholder" motions seeking suppression of evidence or other substantive relief that are filed for the sole purpose of excluding time under the Speedy Trial Act are not permitted. Motions and supporting memoranda must recite the relevant facts and legal authorities with enough particularity to enable the Court to render a decision.

The parties may at any time file a motion seeking to exclude time under the Speedy Trial Act. Such a motion shall be accompanied by a proposed Order.

Per Local Rule 105.2(a), which applies to criminal proceedings as specified in Local Rule 207, a memorandum of law in opposition to any pretrial motion must be filed within **14 days** of service of the motion. Any reply memorandum must be filed within **14 days** of service of the response. If the parties wish to alter this schedule, they must file a joint motion for an extension. That joint motion must be filed by no later than the response deadline.

### III. INITIAL STATUS CONFERENCE

An Initial Status Conference will be held via teleconference on **6/7/2019 at 9:00 a.m.** The Court will circulate a call-in number prior to the teleconference. The parties should be prepared to address the following issues at the Initial Status Conference:

1. Any pending motions and any proposed changes to the briefing schedule.

2. Whether a hearing is necessary on any pending motion, and, if so, a proposed date for the hearing.

3. The status of any negotiations between the parties that might lead to a change of plea, and, if so, a proposed date for the entry of a guilty plea.

4. The number of days remaining before the case must proceed to trial in order to comply with the Speedy Trial Act, 18 U.S.C. §§ 3161-3174.

5. If counsel believe the case will go to trial, an updated estimate as to the length of and possible dates for the trial.

The parties are expected to confer with each other on these issues in advance of the Initial Status Conference and, if possible, present joint views to the Court.

### IV. JOINT STATUS REPORT (IN LIEU OF THE INITIAL STATUS CONFERENCE)

The parties may submit a Joint Status Report in lieu of the Initial Status Conference. That report shall address the enumerated issues in Part III and shall be accompanied by:

1. If there are any proposed changes to the briefing schedule on any pending motions, a joint motion to continue the briefing schedule on those motions until the date of the next status conference.

2. If no motions are pending, a joint motion to exclude time under the Speedy Trial Act until the date of the next status conference, with a proposed Order.

The Joint Written Status Report must be submitted **three days** before the scheduled Initial Status Conference. If the Court receives a Joint Status Report, the Initial Status Conference will be rescheduled for approximately 30 days after the Report is submitted.

**V.     PRETRIAL SCHEDULE**

1. Motions *in limine* will be due 21 days before the start of trial.

2. Responses to motions *in limine* will be due 14 days before the start of trial.

3. Not less than 14 days prior to the date of trial, the parties must prepare and submit to the Court:

    a. Joint proposed voir dire questions;
    b. Joint proposed jury instructions; and
    c. A joint proposed verdict form.

    If the parties are unable to agree completely on any of the above items, they should identify in their joint submission those items on which there is disagreement and include each party's proposed language for those items.

4. A pre-trial conference will be scheduled for approximately five days before the start of trial.

**VI.    GENERAL REQUIREMENTS**

1. Any request for a continuance must be made in writing and docketed on CM/ECF.

2. No filings with the court, including sentencing memoranda, should be submitted in the form of a letter. Instead, all filings should have a caption and should comply with the Local Rules relating to page limits and double spacing. The font should be at least 12 point, including for any text in footnotes. Deadlines, including those in the Sentencing Order, will be strictly enforced.

Date:   May 8, 2019                                  _____/s/_____
                                                     THEODORE D. CHUANG
                                                     United States District Judge