# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | *   **CRIMINAL NO. TDC-19-200** |
| | * |
| **ERIC EION MARQUES,** | * |
| | * |
| **Defendant.** | * |
| | * |

*******

## ORDER GRANTING GOVERNMENT'S CONSENT MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

Having considered the grounds advanced in the Government's Consent Motion to Exclude Time Under the Speedy Trial Act, and good cause having been shown in support of the relief requested by this consent motion, the Court, on this ____ day of May, 2019, hereby makes the following findings of fact.

1. The Court finds that the ends of justice served by granting the requested continuance in this matter outweigh the best interest of the public and the defendants in a speedy trial, inasmuch as the parties need a longer period than is normally afforded under the federal Speedy Trial Act for review of the pertinent records, conduct of plea discussions, and pre-trial preparation in the event that no agreement is reached upon a plea.

2. The Court further finds that this case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits ordinarily established by the Speedy Trial Act, 18 U.S.C. § 3161(c)(1). This case is unusual and complex owing to the nature of the prosecution, which involves charges of a conspiracy to distribute and advertise child pornography, as well as substantive offenses of advertising and distributing child pornography, and a significant amount of child exploitation material.

3.     The Court further finds that time needed for counsel to engage in plea negotiations qualifies as a proceeding concerning the defendant pursuant to 18 U.S.C. § 3161(h)(1), thereby providing an additional basis for time to be excluded under the Speedy Trial Act.

Accordingly, it is hereby

**ORDERED** that the requested consent motion is GRANTED; and it is further

**ORDERED** that for the reasons set forth in the government's consent motion, all time between May 8, 2019, the date of the filing of this motion, and August 8, 2019, shall be excluded from calculations of the amount of time that has expired under the Speedy Trial Act, 18 U.S.C. § 3161, in this case.



HONORABLE THEODORE D. CHUANG
UNITED STATES DISTRICT JUDGE