=====================================================================
# *UNITED STATES DISTRICT COURT*
## ---------- DISTRICT OF MARYLAND -------

### APPEARANCE

UNITED STATES OF AMERICA

      v.                                     CASE NO.: 19-0200-TDC

ERIC EOIN MARQUES

                *   *   *   *   *   *

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for Erick Eoin Marques.   I certify that I am admitted to practice in this Court.


May 14, 2019                                        /s/
Date                                           MAGGIE GRACE (#29905)
                                              Assistant Federal Public Defender
                                              100 South Charles Street
                                              Tower II, Ninth floor
                                              Baltimore, Maryland 21201
                                              (410) 962-3962 (p)
                                              (410) 962-0872 (f)
                                              Email: maggie_grace@fd.org