**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. TDC-19-200 |
| | * | |
| ERIC EION MARQUES, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | ******* | |

## CONSENT MOTION FOR ENTRY OF A PROTECTIVE ORDER

Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, the United States hereby moves by and through its attorneys, and with the consent of counsel for Defendant Eric Eoin Marques, hereby requests a Protective Order and in support thereof states as follows:

1. On April 17, 2019, a grand jury sitting in the District of Maryland returned a four-count indictment charging Defendant with (1) Conspiracy to Advertise Child Pornography; (2) Conspiracy to Distribute of Child Pornography; (3) Advertising Child Pornography; and (4) Distribution of Child Pornography, all in violation of Title 18, United States Code, Sections 2251, 2252A, and 2.

2. During the course of the investigation of these offenses, law enforcement agents have gathered voluminous records that the government wishes to provide to the defense in discovery.

3. Throughout these discoverable material is personal identifiers including, but not limited to, social security numbers, birth dates, financial records, as well as information about the online identities (i.e., aliases or monikers) of individuals who are the subject of ongoing criminal investigations.  Also within these discoverable materials is information about sensitive investigative techniques employed in those investigations.

-2-

4.  Pursuant to U.S. Attorney's Office policy, in the absence of a Protective Order, such information must be redacted from discovery materials before they are produced to the defense, just as they must be redacted before documents are filed with the Court, *see* Fed. R. Crim. P. 49.1.  However, due to the volume of material at issue, the process of redacting the documents would take so long that the provision of discovery to the defense would be significantly delayed.

5.  In order to allow the government to produce the discovery materials in unredacted form, the parties request that this Court enter a Protective Order under Federal Rule of Criminal Procedure 16(d)(1).  For the convenience of the Court, a proposed Protective Order is attached hereto.  This Protective Order will protect the privacy interest of any individuals whose personal identifiers are in the discovery materials, without hampering defense counsel in the defense of this matter, or prejudicing ongoing law enforcement investigations.

A copy of the Proposed Protective Order is attached to this motion.


Respectfully submitted,

Robert K. Hur
United States Attorney


By: _____/s/_____
Kristi N. O'Malley
Thomas M. Sullivan
Assistant United States Attorneys
6406 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Tel.: (301) 344-4431/0173

-3-

## **CERTIFICATE OF SERVICE**

This is to certify on this 15th day of May, 2019, that a copy of the foregoing Consent Motion for Entry of a Protective Order was served electronically through the Clerk of the United States District Court using CM/ECF, to all counsel of record.

_____/s/_____
Thomas M. Sullivan
Assistant United States Attorney