IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Crim. No. TDC-19-200 |
| **ERIC EOIN MARQUES** | * | |

\* \* \* \* \* \* \* \* \* \*

**MOTION TO FILE OMNIBUS MOTION UNDER SEAL**

The Defendant, Eric Eoin Marques, through his attorneys, James Wyda, Federal Public Defender for the District of Maryland, and Brendan A. Hurson and Maggie Grace, Assistant Federal Public Defenders, respectfully moves for an order of this Court placing under the Court's seal the Omnibus Motion to Suppress Evidence filed today by Mr. Marques. In support, he states:

1. Mr. Marques is charged by indictment with Conspiracy to Advertise Child Pornography in violation of 18 U.S.C. § 2251(d)(1)(A) and (e) (count 1), Conspiracy to Distribute Child Pornography in violation of 18 U.S.C. § 2252A(a)(2) and (b)(1) (count 2), Advertising Child Pornography in violation of 18 U.S.C. § 2251(d)(1)(A) and (e) (count 3), and Distribution of Child Pornography in violation of 18 U.S.C. § 2252A(a)(2) and (b)(1) (count 4). Indictment, 1-5 (CM/ECF # 29).

2. Counsel previously sought, with the government's consent, a continuation of the deadline for filing motions in this case because all discovery has not yet been provided and additional investigation is required. CM/ECF #40. That motion remains outstanding.

3. To ensure compliance with the current deadline for filing motions of August 8, 2019, the undersigned are today filing an Omnibus Motion to Suppress Evidence addressing the legality of aspects of the government's investigation into Mr. Marques. Counsel intends to

supplement this motion later, and may seek to file additional motions responsive to forthcoming discovery.

4. Discovery in this case is subject to an extensive Protective Order that places under the Court's seal any and all discovery material provided to the defendant. CM/ECF # 38. That Order further states that "[a]ny discovery material that is under seal of this or any other court, or information contained therein, that is filed with the Court in connection with pre-trial motions . . . shall be filed under seal and shall remain sealed until otherwise ordered by this Court." Id. at 3.

5. Though counsel is not attaching discovery to the Omnibus Motion to Suppress Evidence, the filing makes repeated reference to and quotes material provided in discovery. As such, the undersigned believe that the Protective Order requires that the Omnibus Motion to Suppress Evidence be filed under seal.

6. Undersigned counsel intend to serve government counsel with paper and/or digital copies of the Omnibus Motion to Suppress Evidence, but believes that no public or other disclosure of the motion is permitted under the Protective Order.

**WHEREFORE**, Mr. Marques moves that the Omnibus Motions to Suppress Evidence be placed under the Court's seal.

JAMES WYDA
Federal Public Defender for the District
of Maryland

_____/s/_____
Brendan A. Hurson (#28179)
Maggie Grace (#29905)
Assistant Federal Public Defenders
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
(410) 962-3962 (phone)
(410) 962-0872 (fax)
Email: brendan_hurson@fd.org; maggie_grace@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2019, a copy of the foregoing was filed via CM/ECF, which automatically sends notice of such filing to all parties in this matter, including:

Tom Sullivan, AUSA
Kristi O'Malley, AUSA
Ralph Paradiso, AUSA
Keith Becker, AUSA
United States Attorney's Office
6500 Cherrywood Lane Ste 200
Greenbelt, MD 20770

                                        /s/
                                   Brendan A. Hurson
                                   Assistant Federal Public Defender