IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Crim. No. TDC-19-200 |
| **ERIC EOIN MARQUES** | * | |

\* \* \* \* \* \* \* \* \* \*

**[PROPOSED] ORDER ON MOTION TO SEAL OMNIBUS MOTION TO SUPPRESS**

Upon consideration of defendant's Motion to File Omnibus Motion Under Seal, filed on August 8, 2019, it is this _____ day of August, 2019, by the United States District Court for the District of Maryland,

**ORDERED**, that the defendant's Motion to File Omnibus Motion Under Seal is **GRANTED** for the reasons set forth in its motion.

_____
**THE HONORABLE THEODORE D. CHUANG**
United States District Judge