IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Crim. No. TDC-19-200 |
| **ERIC EOIN MARQUES** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MOTION FOR LEAVE TO AMEND, SUPPLEMENT, WITHDRAW
OR FILE ADDITIONAL MOTIONS**

Defendant, Eric Eoin Marques (hereinafter "Mr. Marques"), by and through his undersigned counsel, James Wyda, Federal Public Defender for the District of Maryland, and Brendan A. Hurson and Maggie Grace, Assistant Federal Public Defenders, moves this Honorable Court for leave to amend, supplement, withdraw or file additional motions. In support of this Motion, Mr. Marques states as follows:

1. Mr. Marques is charged by indictment with Conspiracy to Advertise Child Pornography in violation of 18 U.S.C. § 2251(d)(1)(A) and (e) (count 1), Conspiracy to Distribute Child Pornography in violation of 18 U.S.C. § 2252A(a)(2) and (b)(1) (count 2), Advertising Child Pornography in violation of 18 U.S.C. § 2251(d)(1)(A) and (e) (count 3), and Distribution of Child Pornography in violation of 18 U.S.C. § 2252A(a)(2) and (b)(1) (count 4). Indictment, 1-5 (CM/ECF # 29).

2. Contemporaneous with the filing of this Motion, Mr. Marques files, under seal, an Omnibus Motion to Suppress.

3. As noted throughout Mr. Marques' Omnibus Motion to Suppress, additional discovery is forthcoming from the government. To that end, on August 1, 2019, Mr. Marques filed a Consent Motion to Extend the Motions Deadline and Toll the Speedy Trial Act. See Consent

Motion for Extension of Time to File Motions and Toll Speedy Trial Act (CM/ECF # 40). That Motion remains outstanding and the existing Motions Deadline remains today, August 8, 2019. For the reasons noted in that filing, Mr. Marques maintains that additional time (until February 1, 2020) is needed to properly investigate motions and resolve likely discovery disputes. However, he files today the Omnibus Motion to Suppress out of an abundance of caution and also files this additional motion seeking permission to amend, supplement, withdraw, or file additional motions.

4. Accordingly, counsel request leave to file any additional motions that may prove appropriate to the content of any information received by the government, whether or not such motion is mandatory under Rule 12(b)(3).

5. In addition, Mr. Marques requests leave to amend or supplement the Omnibus Motion to Suppress, as well as to withdraw any motion if the relief requested in such motion is no longer desired or appropriate.

**WHEREFORE**, Mr. Marques requests that this Honorable Court allow him to amend, supplement, withdraw, or file additional motions as necessary.

Respectfully submitted,

JAMES WYDA
Federal Public Defender for the District
of Maryland

_____/s/_____
Brendan A. Hurson (#28179)
Maggie Grace (#29905)
Assistant Federal Public Defenders
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
(410) 962-3962 (phone)
(410) 962-0872 (fax)
Email: brendan_hurson@fd.org; maggie_grace@fd.org

**CERTIFICATE OF SERVICE**

 I hereby certify that on August 8, 2019, a copy of the foregoing was filed via CM/ECF, which automatically sends notice of such filing to all parties in this matter, including:

Tom Sullivan, AUSA
Kristi O'Malley, AUSA
Ralph Paradiso, AUSA
Keith Becker, AUSA
United States Attorney's Office
6500 Cherrywood Lane Ste 200
Greenbelt, MD 20770

             /s/
            Brendan A. Hurson
            Assistant Federal Public Defender