# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 8:19-cr-00200-TDC |
| Eric Eoin Marques | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States.

Date: 10/09/2019

/s/ Ralph Paradiso
*Attorney's signature*

Ralph Paradiso (NY3002011)
*Printed name and bar number*

Criminal Division | U.S. Department of Justice
Child Exploitation and Obscenity Section
1400 New York Avenue, Suite 6110
Washington D.C., 20530
*Address*

ralph.paradiso@usdoj.gov
*E-mail address*

(202) 307-2830
*Telephone number*

(202) 514-1793
*FAX number*