**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

UNITED STATES OF AMERICA               *

v.                                     *          **Crim. No. TDC-19-200**

ERIC EOIN MARQUES                      *

　　　*　　*　　*　　*　　*　　*　　*　　*　　*　　*
**ORDER**

The Court, having considered the Consent Motion to Extend Motions Deadline and Toll Speedy Trial and the reasons stated therein, hereby continues the deadline for filing Motions from January 6, 2020 until February 10, 2020.

It is further ordered that, for the reasons stated in the Consent Motion to Extend Motions Deadline and Toll Speedy Trial, the Speedy Trial Act clock under 18 U.S.C. § 3161(c)(1) is tolled, and this Court will exclude this period of delay between January 6, 2020, and February 10, 2020, pursuant to 18 U.S.C. § 3161(h)(7)(A) as the interests of justice are served by this delay. In making this finding the Court credits defense counsels' representation that the matter is complex, and notes that the nature of the prosecution and the possibility for novel questions of fact or law support tolling of the Speedy Trial Act under 18 U.S.C. § 3161(h)(7)(B)(ii). Accordingly, the delay is permissible to permit the defendant the reasonable time necessary for effective preparation. See 18 U.S.C. § 3161(h)(7)(B)(iv).

_____
THEODORE D. CHUANG
United States District Judge