## ATTACHMENT A
## STIPULATION OF FACTS

*The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

Between on or about July 24, 2008 and on or about July 29, 2013, the Defendant, **ERIC EOIN MARQUES** ("**MARQUES**"), did knowingly combine, conspire, confederate, and agree with other persons, to make, print, and publish, and cause to be made, printed, and published, any notice and advertisement seeking and offering to receive, exchange, buy, produce, display, distribute, and reproduce, any visual depiction, the production of which visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct; knowing and having reason to know that such notice and advertisement would be transported in interstate and foreign commerce by any means, including by computer, and such notice and advertisement was transported in interstate and foreign commerce by any means, including by computer.

**MARQUES** created an anonymous hosting service called "Freedom Hosting" that operated on the Tor anonymity network and contracted for its use with an internet service provider. **MARQUES** conspired to advertise child exploitation materials ("CEM") with various site administrators and users who hosted and used CEM websites through Freedom Hosting, which **MARQUES** controlled. **MARQUES** provided a web server, Freedom Hosting, to host CEM websites which allowed his coconspirators to communicate with one another while uploading and downloading child pornography. **MARQUES**' server provided his coconspirators with security from law enforcement detection while they conducted their unlawful activities. **MARQUES** encrypted Freedom Hosting and created and used an authentication key password to limit access to the network.

In 2011, the Federal Bureau of Investigation ("FBI") discovered that Freedom Hosting hosted a large majority of hidden services on the Tor network containing CEM. The FBI reviewed a large number of the websites hosted by Freedom Hosting and found that many were dedicated to the advertisement and distribution of CEM, consisting of hundreds of thousands of images and videos depicting the rape and torture of children, to include infants. The FBI determined that over 200 websites hosted on Freedom Hosting were involved in the advertisement and distribution of CEM.

For example, during the investigation, FBI Special Agents operating in the District of Maryland connected to the Tor Network and accessed a website titled "Hurt 2 the Core" which was hosted on **MARQUES**' server, Freedom Hosting. "Hurt 2 the Core" appeared to be a bulletin board the primary purpose of which was the advertisement and distribution of CEM. "Hurtcore" refers to images or videos depicting violent sexual abuse and is a term frequently associated with CEM depicting violent child sexual abuse. The bulletin board's primary purpose was for the advertisement and distribution of files containing CEM. Statistics posted on the site revealed the site had 7,712 members, 22,230 posts, and 2,192 topics.

Rev. August 2018

Under the "Hurtcore" topic section of the bulletin board was a video that depicted an adult female forcing an infant female to perform oral sex on her and exposing the infant's genital area in a lewd and lascivious fashion. The topic itself is four (4) web pages in length. Numerous individuals posted messages on that topic while utilizing avatars that contained CEM.

Under the topic "Boy Images/Male Babies & Toddlers" was a post titled "Bondage babies and toddler!" that was started on May 28, 2013 and provided a thumbnail image of a clothed female child with her hands and feet tied and duct tape over her mouth and the comment "You can do so much with them, if they are tied up!"

FBI agents in Maryland also accessed "Lolita City," another CEM website hosted on the Freedom Hosting server. "Lolita City" was a website with the primary purpose of advertisement and distribution of files containing CEM. As of July of 2013, there were almost 1.4 million files that were uploaded and accessible by individuals who visited "Lolita City." During 2012 and 2013, FBI agents and employees downloaded more than 1 million files from "Lolita City" from computers located in the District of Maryland. Nearly all of the files depict children who are engaging in sexually explicit conduct with adults or other children, posed nude and/or in such a manner as to expose their genitals, in various stages of undress, or child erotica. A substantial majority of the images downloaded by the FBI depict prepubescent minor children who are fully or partially nude or engaged in sexually explicit conduct.

In December 2012 and January 2013, the FBI identified a possible Internet Protocol ("IP") address for the Freedom Hosting server and certain child pornography websites hosted on that server. The IP address resolved to an internet service provider ("ISP-1"), with a data center in France.

Pursuant to a mutual legal assistance request to France to obtain information and Pen Register/Trap and Trace ("PRTT") data related to ISP-1, the FBI confirmed the location of the Freedom Hosting server and identified evidence that the subscriber to the Freedom Hosting server account at ISP-1 was Eric **MARQUES** with a Las Vegas, Nevada billing address. FBI agents learned that **MARQUES'** Las Vegas address was actually a mailbox rental store that physically forwarded mail to Dublin, Ireland, per **MARQUES'** instructions. In addition, access logs to the ISP hosting account for the Freedom Hosting server pointed to a U.S.-based Virtual Private Server ("VPS") account associated with **MARQUES**.

On July 29, 2013, Irish law enforcement executed search warrants at **MARQUES'** residence, his mother's residence, and his vehicle. **MARQUES** was found in his residence and his computer was on, but the screen saver password was enabled. When agents entered the home, **MARQUES** moved toward his computer but was subdued by agents before he could turn the computer off. An on-scene technical review of the computer and network revealed that **MARQUES'** computer had an active secure shell ("SSH")[1] connection to his Freedom Hosting

---

[1] Secure Shell ("SSH") is a cryptographic network protocol that allows a user to operate network services securely over an unsecured network. SSH software permits the transfer of encrypted data between computers and/or servers. Typical applications include remote command execution, and logins.

server in France. **MARQUES'** computer was found to contain 24 gigabytes of RAM and the forensic tools could only captured 3 gigabytes before the computer shut down. The remaining RAM was encrypted and law enforcement was not able to access it. A review of the accessible RAM data showed that **MARQUES** had administrative control over Freedom Hosting and the websites on it.

FBI review of the 3 GB memory capture from **MARQUES**'s home computer showed **MARQUES** had visited four Tor hidden services associated with CEM, three of which were hosted on **MARQUES'** server, Freedom Hosting. In his computer's RAM, URLs (Uniform Resource Locators, or web addresses) for "Lolita City" were found over 400 times. This evidence indicates frequent access by a user of that computer, which was found in **MARQUES**'s home, to those URLs, demonstrating knowledge of its content. Numerous of those URLs were observed to contain CEM involving prepubescent children. URLs for two other CEM sites were also seen in the memory. The domain associated with "Hoarders Hell" was seen in memory three times and the domain associated with "The Love Zone" was found in memory two times. "Hoarders Hell" and "The Love Zone" were restricted sites that require the distribution of child exploitation material to gain access. The fourth hidden service, Onion Pedo Video Archive ("OPVA"), was not hosted on Freedom Hosting. OPVA was a very large video archive site hosting content of prepubescent children being sexually abused and put on display. The review revealed that **MARQUES** viewed pages on OPVA 1,534 times. When visiting OPVA, **MARQUES** visited not only the public pages, but also the administrator pages that are not publicly advertised on the site. This indicates that **MARQUES** has administrative access on this site.

**MARQUES** was detained by Irish authorities and was released on or about July 30, 2013. **MARQUES** was told by Irish authorities not to make contact and/or access the servers upon his release from custody. On or about August 1, 2013, FBI agents noticed that **MARQUES** logged into his server and locked the FBI and other law enforcement agencies out. Irish law enforcement officers went to **MARQUES'** home and observed a new computer at the home.

A review of the Freedom Hosting server discovered over 8.5 million images of and videos of CEM or suspected CEM. At the time of **MARQUES'** arrest, the FBI determined that 1.97 million of the CEM images and/or videos were not known to law enforcement authorities. CEM on the site was categorized by age such as 0-2 [years old], 3-5 [years old], etc. Over 65,000 images and/or videos involved the sexual abuse of infants and/or toddlers. Over 33,000 images and/or videos involved torture or the sadomasochistic sexual abuse of children.

The United States requested that **MARQUES** be extradited to the United States to face the charges outlined in the Criminal Complaint. On August 2, 2013, during a hearing to fight this extradition request, **MARQUES** admitted to hosting his server, stating that the business has been very successful and he has earned a substantial amount of money from his endeavors. **MARQUES**

also admitted that when was originally released by Irish authorities, he went to a local computer store and purchased a laptop computer wherein he then logged into ISP-1 and rebooted his server.

**MARQUES** now accepts responsibility and admits that between on or about July 24, 2008 and on or about July 29, 2013, he knowingly conspired to advertise child pornography, in violation of 18 U.S.C. § 2251(d)(1)(A) & (e). Furthermore, **MARQUES** admits that this offense involved the distribution of child pornography, which involved minors who were less than twelve years old, to include infants and toddlers, and sadistic or masochistic material or depictions of violence. **MARQUES** further admits that these incidents occurred within the District of Maryland and elsewhere. **MARQUES** acknowledges that he willfully obstructed or impeded the administration of justice with respect to the investigation into this offense.

The $154,422.51 in U.S. currency seized from **MARQUES** and administratively forfeited by the FBI on or about March 13, 2015 was used or intended to be used to commit or to promote the commission of **MARQUES**'s offense, or traceable thereto.

SO STIPULATED:

_____
Kristi N. O'Malley
Thomas M. Sullivan
Assistant United States Attorneys

_____
Keith Anthony Becker, Deputy Chief
Ralph Paradiso, Trial Attorney
Child Exploitation and Obscenity Section
Department of Justice

_____
Eric Eoin Marques
Defendant

_____
Brendan A. Hurson, Esq.
Maggie Grace, Esq.
Counsel for Defendant