IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. TDC-19-200 |
| ERIC MARQUES, | * |
| Defendant | * |

*******

## WITHDRAWAL OF ATTORNEY APPEARANCE

MADAM CLERK:

    Please strike the appearance of Kristi N. O'Malley as counsel for the government in the above-captioned case.

                            Respectfully submitted,

                            Robert K. Hur
                            United States Attorney

                By: _____/s/_____
                            Kristi N. O'Malley
                            Assistant United States Attorney