**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **ERIC EOIN MARQUES,** | * | **CRIMINAL NO.  TDC-19-200** |
| | * | |
| **Defendant** | * | |
| | * | |
| | * | |

*******

**GOVERNMENT'S MOTION FOR LEAVE TO**
**LATE FILE RESTITUTION MEMORANDUM**

The United States of America, by and through undersigned counsel, respectfully requests that the Court extend the time within which the Government must file its restitution filing, scheduled for April 28, 2021, and states as follows:

1.      Pursuant to the local rules and the Court's standing order, restitution memoranda are due two weeks prior to sentencing.  The Government failed to file a restitution memorandum on or before April 28, 2021.  This failure was an oversight in re-calendaring this event on the Government's calendar.  The Government apologizes to the Court, counsel and the Defendant for any hardship or inconvenience.

2.      On the substantive issue of restitution, while many aspects of the restitution issues will likely agreed upon, there are several issues that have not been resolved, and one restitution issue claim will not be resolvable (*i.e.*, there will not be sufficient time to receive a specific request for restitution) prior to date of sentencing, or the filing of a restitution memorandum prior to sentencing.

3.      As such, the government respectfully requests that the Court extend the deadline for the Government to file a restitution memorandum until two weeks before a restitution hearing is held in this matter.  By separate motion, the Government will request, pursuant to 18 U.S.C. §

3664(d)(5), that the Court schedule the restitution hearing for a date after the Defendant's sentencing, to resolve the two remaining restitution requests, and to receive restitution information from an additional victim.

4.      The information regarding restitution for all victims (except for the last victim discussed in the paragraph 2, which has not yet been provided to the Government by that victim's counsel) has been provided to counsel for the Defendant.  Should the Court grant the Government's motion for an extension of time on the issue of restitution, this should not delay sentencing that is currently scheduled for May 12, 2021.

Respectfully submitted,

Jonathan F. Lenzner
Acting United States Attorney

By:      _____/s/_____
Thomas M. Sullivan
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have, this 30th day of April 2021, caused a copy of the

foregoing Government's Motion For Leave To Late File Restitution Memorandum to be

delivered by CM/ECF to all counsel of record.

_____/s/_____
Thomas M. Sullivan
Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. TDC-19-200** |
| | * | |
| **ERIC EION MARQUES,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| | ******* | |

## <u>ORDER</u>

Having considered the grounds advanced in the Government's Government's Motion For

Leave To Late File Restitution Memorandum, on this _____ day of May, 2021, it is hereby

**ORDERED** that the requested motion is GRANTED.

_____
HONORABLE THEODORE D. CHUANG
UNITED STATES DISTRICT JUDGE

4