UNITED STATES OF AMERICA

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

vs.

ERIC EOIN MARQUES

2021 MAY 12  P 12: 08

Criminal No. TDC-19-0200

CLERK'S OFFICE
AT GREENBELT Defendant's Exhibits

BY____

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 200 | May 12, 2021 | May 12, 2021 | FBI Report dated March 30, 2015 |
| 201 | May 12, 2021 | May 12, 2021 | Complaint filed March 25, 2019 |
| 202 | May 12, 2021 | May 12, 2021 | FBI Report dated June 5, 2014 |
| 203 | May 12, 2021 | May 12, 2021 | Freedom Hosting Frontpage 2011 |
| 204 | May 12, 2021 | May 12, 2021 | Freedom Hosting Frontpage 2013 |
| 205 | May 12, 2021 | May 12, 2021 | Freedom Hosting Invitation Page |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Exhibit List (Rev. 3/1999)