IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2021 MAY 12 P 12: 08

CLERK'S OFFICE
AT GREENBELT
BY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| **Plaintiff** | * | |
| vs. | * | Case No.: TDC-19-0200 |
| **ERIC EOIN MARQUES,** | * | |
| **Defendant** | * | |

******

### Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

| PLAINTIFF'S/GOVERNMENT'S EXHIBITS | DEFENDANT'S EXHIBITS |
|---|---|
| | ALL |
| All Plaintiff's/Government's exhibits returned: _____ | All Defendant's exhibits returned: May 12, 2021 |

Received the above listed exhibits this date:

Counsel for Plaintiff(s)/Government:
_____

Counsel for Defendant(s):
*/s/*
AFPD Brendan Hurson

Date: May 12, 2021