

*U.S. Department of Justice*

*United States Attorney*
*District of Maryland*
*Southern Division*

| | | | |
|---|---|---|---|
| *Thomas M. Sullivan*<br>*Assistant United States Attorney*<br>*Thomas.Sullivan@usdoj.gov* | *Mailing Address*<br>*6500 Cherrywood Lane, Suite 200*<br>*Greenbelt, MD 20770-1249* | *Office Location*<br>*6406 Ivy Lane, 8th Floor*<br>*Greenbelt, MD 20770-1249* | *DIRECT  301-344-0173*<br>*MAIN  301-344-4433*<br>*FAX  301-344-4516* |

June 24, 2021

**BY ECF**

Honorable Theodore D. Chuang
United States District Judge
District of Maryland
6500 Cherrywood Lane
Greenbelt, Maryland 20770

    Re:    Joint Status Report
             United States v. Eric Eoin Marques,
             Case No. TDC-19-200

Dear Judge Chuang:

      This parties submit this joint status report pursuant to the Court's May 12, 2021 paperless order (ECF 92). The parties report that they have reached a proposed resolution, subject to the Court's approval, and would like to schedule a conference call with the Court, at the Court's convenience.

                                        Respectfully submitted,

                                        JONATHAN F. LENZNER
                                        Acting United States Attorney

                    By:          _____/s/_____
                                        Thomas M. Sullivan
                                        Assistant United States Attorney
                                        6406 Ivy Lane, Suite 800
                                        Greenbelt, Maryland 20770
                                        (301) 344-0173

cc:    Brendan A. Hurson, Esq. (by electronic mail)
        Maggie Grace, Esq. (by electronic mail)
        Ralph Paradiso, Esq. (by electronic mail)