# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**Eric Eoin Marques**<br><br>Defendant. | Criminal Action No. TDC-19-0200 |

## SENTENCING ORDER

(1) On or before <u>Friday, August 06, 2021</u> *(not more than 40 days from the date of this order)*, the Probation Officer shall provide the initial draft of the presentence report to counsel for the Defendant for review with the Defendant. If the Defendant is in pretrial detention, defense counsel may not provide a copy of the recommendations section of the presentence report to the Defendant in advance of meeting to review the presentence report, and may not leave the recommendations section of the presentence report with the Defendant once the review has taken place. The Probation Officer shall also provide the initial draft of the presentence report to counsel for the Government and file the report through CM/ECF.

(2) If counsel for either party intends to call any witnesses at the sentencing hearing, counsel shall submit, in writing, to the Court and opposing counsel, on or before <u>Friday, September 03, 2021</u> *(not less than 14 days before sentencing)*, a statement containing (a) the names of the witnesses, (b) a synopsis of their anticipated testimony, and (c) an estimate of the anticipated length of the hearing.

(3) Sentencing memoranda are not required unless a party intends to request a sentence outside the advisory guidelines range on the basis of a non-guideline factor. If submitted, they shall be filed with the Clerk and a copy delivered to chambers on or before

Friday, September 03, 2021 *(not less than 14 days before sentencing)*.  Copies of all memoranda must be sent to the Probation Officer.

(4) Any motions relating to sentencing, **including motions for a continuance,** shall be filed and delivered to chambers on or before Saturday, September 04, 2021 *(14 days before sentencing)*.  **No motions for a continuance filed after this deadline will be granted absent extraordinary circumstances.** Any responses to motions shall be filed on or before September 10, 2021 *(7 days before sentencing)*.  No reply memoranda shall be filed.

(5) Any other written materials relating to sentencing, including but not limited to letters or statements by the defendant, family members, victims, or others, shall be delivered to chambers no later than Friday, September 03, 2021.

(6) If either party intends to seek a change in the defendant's release status at sentencing, including requiring the defendant to be taken into custody immediately following sentencing, that party shall inform the Court, opposing counsel and the Pretrial Services Officer on or before Friday, September 10, 2021  *(3 days before sentencing)*.  Failure to do so may result in denial of the requested change.

(7) Sentencing shall be on 9/15/2021 at 2:00 p.m.  *(**Either party may request an extension of the sentencing date after the presentence report is filed if there are objections to the presentence report which warrant further consideration and possible revision of the report.**)*

(8) The presentence report, any revisions, and any proposed findings made by the Probation Officer in the addendum to the report shall constitute the tentative findings of the Court under section 6A1.3 of the sentencing guidelines.  In resolving disputed issues of fact, the Court may consider any reliable information presented by the Probation Officer, the Defendant, or the Government, and the Court may issue its own tentative or final findings at any time before

Sentencing Guidelines Order – Expedited (Rev. 06/2018)

or during the sentencing hearing.

   (9) Nothing in this Order requires the disclosure of any portions of the presentence report that are not discloseable under Federal Rules of Criminal Procedure 32.

June 29, 2021

/s/
_____
Theodore D. Chuang
United States District Judge